**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Hector GUERRA–FION, Defendant— Appellant.**

No. 06–10692.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 22, 2007.*

Filed Nov. 20, 2007.

Robert H. Bork, Esq., U.S. Attorney's Office, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esq., FPDNV—Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: B. FLETCHER, WARDLAW and IKUTA, Circuit Judges.

MEMORANDUM **

Hector Guerra–Fion appeals from the 57–month sentence imposed following his guilty-plea conviction for unlawful reentry, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Guerra–Fion contends that the district court erred by applying a sentencing enhancement for a prior conviction when cal-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

culating his advisory Sentencing Guideline range because the prior conviction was obtained in violation of his right to counsel. We conclude that Guerra–Fion has not presented evidence sufficient to overcome the presumption that his waiver of counsel was valid. *See United States v. Allen,* 153 F.3d 1037, 1041 (9th Cir.1998).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.